UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:11-cr-110 |
| | ) | | 3:10-cr-184 |
| | ) | | |
| ANDREW LEE TAYLOR | ) | CHIEF JUDGE HAYNES | |

MOTION TO ISSUE AGREED ORDER
AND TO CANCEL HEARING SET FEBRUARY 7, 2014

*[Handwritten: Okay, The motion is granted. /s/ 2-4-14]*

Comes now the defendant, Andrew Lee Taylor, by and through counsel, and respectfully moves that this Honorable Court issue the attached Agreed Order, and cancel the hearing presently set for February 7, 2014 at 2:30 p.m. In support of this Motion, Mr. Taylor would show the following:

1. Counsel for Mr. Taylor has consulted with the Honorable Lee Deneke, Assistant United States Attorney, and the Honorable Kara Sanders, United States Probation Officer, and both agree that the attached agreed order addresses the relevant issues and grants the relief originally requested by Ms. Sanders.

2. Counsel has consulted in depth with Mr. Taylor, and he agrees to the issuance of this order. In fact, since Ms. Sanders filed the recent petition to amend the conditions of his supervised release, he has been to forty-one (41) AA meetings, and he completely agrees with her request that he refrain from all consumption of alcohol. He